# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| TAURUS LAMONT BELL, | ) |
| Petitioner, | ) |
| v. | ) Case No.: 2:18-cv-02077-LSC-HNJ |
| WARDEN KENNETH PETERS, et al., | ) |
| Respondents. | ) |

## MEMORANDUM OPINION

The magistrate judge entered a report on November 23, 2020, recommending the court dismiss with prejudice Petitioner Taurus Lamont Bell's petition for a writ of habeas corpus as untimely pursuant to 28 U.S.C. § 2244(d)(1)(A).  Doc. 16.  The magistrate judge advised the parties of their right to file specific written objections within fourteen days.  *Id*.  On December 23, 2020, the magistrate judge granted Bell's motion for an extension of time to file objections and ordered him to file objections within seven days from the entry date of the order.  Docs. 17, 18.  To date, Plaintiff's objections have not been received by the court.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court hereby **ADOPTS** the report of the magistrate judge and **ACCEPTS** his recommendation.  In accordance

1

with the recommendation, the court finds the petition is due to be dismissed as untimely pursuant to 28 U.S.C. § 2244(d)(1)(A).

This court may issue a certificate of appealability "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). To make such a showing, a "petitioner must demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000), or that "the issues presented were adequate to deserve encouragement to proceed further." *Miller-El v. Cockrell*, 537 U.S. 322, 336 (2003) (internal quotations omitted). The court finds Bell's claims do not satisfy either standard.

The court will enter a separate Final Judgment.

**DONE** and **ORDERED** on January 27, 2021.

_____
L. Scott Coogler
United States District Judge

160704